■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. RUSSELL KREBS, Appellant.— Order unanimously reversed and the complaint dismissed upon the ground that the paternity of the child was not entirely

**878**

satisfactorily established. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.